IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00293-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY D. ALEXANDER (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, (Doc. No. 95), for a certificate of appealability of the Order, (Doc. No. 94), dismissing his motion for a sentence reduction, (Doc. No. 93).

The defendant is not entitled to the requested relief because the Order was decided pursuant to § 404 of the First Step Act of 2018. Because the defendant's reliance on Rule 11(a) of the Rules of Governing § 2255 Proceedings is misplaced, the Court will construe the motion as a notice of appeal.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 95), shall be construed as a notice of appeal of the Court's Order, (Doc. No. 94).

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: June 27, 2023

Robert J. Conrad, Jr.
United States District Judge